1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702-388-6378
5  jared.l.grimmer@usdoj.gov

6  *Attorneys for Plaintiff*
   *The United States of America*

7

   # UNITED STATES DISTRICT COURT
8  # DISTRICT OF NEVADA

9  | UNITED STATES OF AMERICA, | Case No. 2:20-cr-00284-JCM-BNW |
   |---|---|
10 | Plaintiff, | **Motion to Unseal Case** |
11 | v. | |
12 | BRAYAN CORNELIO ARIAS-SERAFIN, aka "Brayan Cornelio," | |
13 | | |
14 | Defendant. | |

15

16      The United States of America, by and through its attorneys, Nicholas Trutanich,

17  United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves

18  for entry of the proposed Order unsealing the above-captioned case.

19      In support of its motion, the Government states:

20   1. On or about September 10, 2020, a Complaint was filed with the Court, charging

21  Mr. Arias-Serafin with violation of 8 U.S.C. § 1326(a), Deported Alien Found in the

22  United States. *See* ECF No. 1, 2:20-mj-00813-DJA.

23

24

2. Mr. Arias-Serafin made an initial appearance before the Court on or about September 14, 2020, and was ordered detained pending trial. *Id*. at ECF No. 4. Mr. Arias-Serafin remains detained by the U.S. Marshals Service.

3. Mr. Arias-Serafin has signed a plea agreement with the United States, and this Court has set a change of plea hearing for December 18, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 16th day of October, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


//s//
_____
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00284-JCM-BNW |
| Plaintiff, | **Order Unsealing Case** |
| v. | (Proposed) |
| BRAYAN CORNELIO ARIAS-SERAFIN, aka "Brayan Cornelio," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Brayan Cornelio Arias-Serafin ,* is unsealed.

**IT IS SO ORDERED**

**DATED:** 12:56 pm, October 20, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**